PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Dale Marquese Hester            Docket No. 7:10-CR-47-1D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Djoni B. Barrett, probation officer of the court, presenting an official report upon the conduct of defendant, Dale Marquese Hester, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, NC, on the 19th day of May, 2010, under the following conditions:

- The defendant is placed in the custody of Bianca Hester.

- Report to the probation office or supervising officer as directed.

- Maintain or actively seek employment.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina.

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: Jarred Ford, Idrice Griffin, Joseph Christopher Sheduct; Demetris Rudloph, and John Christopher Richard.

- Undergo medical or psychiatric treatment : as directed by the probation office, including anger management assessment.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from any use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any method of testing required by the supervising officer for determining

Dale Marquese Hester
Docket No. 7:10-CR-47-1D
Petition For Action
Page 2

whether the defendant is using a prohibited substance.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

- Shall consent to a warrantless search by a U.S. Probation Officer of his person, premises, or vehicle.

- In addition to persons named, the defendant is to avoid any contact with any other witnesses or victims in pending state cases against Hester in Onslow County (08CRS55955 and 08CRS55959). The defendant is not to discuss these cases with his wife who is a witness in these cases.

The defendant is scheduled to appear before the Honorable James C. Dever, U.S. District Judge, on August 16, 2010, for sentencing.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since his release to pretrial supervision, the defendant has complied with all conditions. On July 1, 2010, the probation officer was contacted by the defendant and his wife, Bianca Hester, who advised that Mrs. Hester's aunt, Gwendolyn McNeal, suffered an aneurism and stroke and was hospitalized at Norfolk Memorial Hospital in Norfolk, Virginia. Mrs. Hester advised her aunt is not expected to survive. Mrs. Hester has requested permission for the defendant to accompany her to Norfolk to visit her relative in the hospital.

Inasmuch as the defendant has been compliant with the conditions of supervision, the probation officer is recommending that the defendant be allowed to travel with his wife and third party custodian for this purpose.

Dale Marquese Hester
Docket No. 7:10-CR-47-1D
Petition For Action
Page 3

**PRAYING THAT THE COURT WILL ORDER** that conditions of release be modified as follows:

The defendant be granted a one-time pass to travel with his wife to Norfolk Memorial Hospital in Norfolk, Virginia, as directed and arranged by the probation officer.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/Djoni B. Barrett |
| Robert L. Thornton | Djoni B. Barrett |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 472-C Western Blvd. |
| | Jacksonville, N.C. 28540 |
| | Phone: (910) 346-5255 |
| | Executed On: July 1, 2010 |

## ORDER OF COURT

Considered and ordered this __6__ day of __July__, 2010, and ordered filed and made a part of the records in the above case.

JAMES C. DEVER III
United States District Judge